✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF                    Nevada

William Norkunas, et al.,

                          Plaintiffs,                    **JUDGMENT IN A CIVIL CASE**

                    V.

Wynn Resorts Holdings, LLC, et al.,                    Case Number:  2:07-cv-0096-RLH-PAL

                          Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

that judgment is entered for the defendants and against the plaintiffs.

October 10, 2007                              /s/ Lance S. Wilson
_____              _____
Date                                         Clerk

                                             /s/ Andrew Mennear
                                             _____
                                              (By) Deputy Clerk