UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| William Norkunas et al<br><br>            Plaintiffs-Appellants,<br>vs.<br><br>Wynn Las Vegas LLC et al<br><br>            Defendants-Appellees. | District No.   2:07-cv-0096-RLH-PAL<br><br>U.S.C.A. No.   07-17159 |

ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 10-13-2009, issued its judgment AFFIRMING the judgment of the District Court, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated: October 19, 2009

_____
Roger L. Hunt
Chief United States District Judge